IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THOMAS E. ENGLISH, et al., Plaintiffs, | ) | |
| v. | ) | Case No. 05-572C (Judge Lynn J. Bush) |
| UNITED STATES OF AMERICA, Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Order issued by the Court on May 15, 2006, plaintiffs and defendant respectfully submit the following joint status report:

1. On June 8, 2006 and June 27, 2006, the parties entered into partial settlement agreements resolving certain claims in this case as set forth in their Stipulations of Partial Dismissal ("Stipulations") filed herein on June 9, 2006 and June 28, 2006. As set forth in the Stipulations, the partial settlement agreements do not cover plaintiffs' claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 et seq., for the time solely spent driving a Government vehicle between home and work or claims based upon employment in positions and at agencies other than those specified in the Stipulations.

2. On April 7, 2006, plaintiffs' counsel provided Government counsel with a proposed partial settlement agreement with respect to this case and eight other cases involving similar claims. This proposal would resolve the FLSA overtime claim of plaintiff Richard Sylvia employed at the Drug Enforcement Administration in OPM occupational series 1801 non-supervisory position at the GS-13 grade level except for his claim based upon time spent driving a Government-owned vehicle

between home and work. This proposal is currently being considered by the Government, and the Government hopes to respond to the proposal by September 29, 2006.

3. The parties further propose that proceedings relating to liability for time spent driving a Government-owned vehicle between home and work be deferred pending disposition of the appeal that plaintiffs filed from the Court's April 27, 2005 decision dismissing the home-to-work driving claims of certain plaintiffs in Adams v. United States, No. 90-162C (Fed. Cl.). The appeal was docketed by the United States Court of Appeals for the Federal Circuit on December 28, 2005 as Stephen S. Adams, et al. v. United States, Case Nos. 06-5040 and 06-5041.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/Jules Bernstein**
JULES BERNSTEIN
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036

OF COUNSEL:
LINDA LIPSETT
Tel: (202) 296-1798
Fax: (202) 296-7220

EDGAR N. JAMES
James & Hoffman, P.C.
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
Tel: (202) 496-0500
Fax: (202) 496-0555

Attorneys for Plaintiffs

Dated: September 15, 2006

**s/David M. Cohen**
DAVID M. COHEN
Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W.
Washington, D.C. 20530

Tel: (202) 305-7561
Fax: (202) 305-7643

Attorneys for Defendant

Dated: September 15, 2006

**Filed Electronically**
**with the consent of Attorneys for Defendant**

**CERTIFICATE OF FILING**

I hereby certify under penalty of perjury that on this 15th day of September 2006, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jules Bernstein