# In the United States Court of Federal Claims

No. 05-572 C

(Filed July 25, 2008)

* * * * * * * * * * * * * * * * * * * * * *
THOMAS E. ENGLISH, *et al*., *
*
*Plaintiffs*, *
*
v. *
*
THE UNITED STATES, *
*
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * *

## ORDER

On July 22, 2008, plaintiffs filed an Unopposed Motion For a Stay of Proceedings in the subject matter. Plaintiffs request the court to stay all pending proceedings until the court issues its decisions on defendant's pending motions for judgment on the pleadings in *Boyer v. United States*, Case No. 00-641C, *Wolfen v. United States*, Case No. 03-2665, and *Antonsen v. United States*, Case No. 04-163.

For good cause shown, it is hereby **ORDERED** that plaintiffs' motion is **GRANTED**; the Clerk's Office is directed to **SUSPEND** all pending deadlines in this matter; and the parties shall **FILE** a **Joint Status Report**, no later than thirty days after the final resolution of defendant's pending motions in *Boyer, Wolfen and Antonsen*. The parties' status report shall inform the court of the status of proceedings, and any other issues preventing the resolution of the claims in this case. Counsel are commended for progress made thus far in the subject matter.

/s/Lynn J. Bush
LYNN J. BUSH
Judge